Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ACME Scale Company, Inc. v. LTS Scale Company, LLC

No. 2014-1721

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    LTS Scale Company, LLC
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant     [✓] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

- Name: Bridget Heffernan Labutta
- Law firm: Eckert Seamans Cherin and Mellott
- Address: Two Liberty Place, 50 S. 16th Street, 22nd Floor
- City, State and ZIP: Philadelphia, PA 19102
- Telephone: 215-851-8400
- Fax #: 215-851-6623
- E-mail address: blabutta@eckertseamans.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): September 3, 2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 28, 2014
Date

/s/ Bridget H. Labutta
Signature of pro se or counsel

cc: Barnes & Thornburg

123

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  August 28, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

Bridget Heffernan Labutta                    /s/ Bridget H Labutta
Name of Counsel                              Signature of Counsel

Law Firm   Eckert Seamans Cherin & Mellott

Address   Two Liberty Place, 50 S. 16th Street, 22nd Floor

City, State, ZIP   Philadelphia, PA 19102

Telephone Number   215-851-6623

FAX Number   215-851-8383

E-mail Address   blabutta@eckertseamans.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.